1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102
          Telephone: (415) 436-7000
6         Facsimile:  (415) 436-6758
          Email: cynthia.stier@usdoj.gov
7
   Attorneys for the United States of America
8
   RUSSELL STANALAND (SBN 216717)
9  Law Offices of Russell Stanaland
   400 S. El Camino Real, Sutie 620
10 San Mateo, California 94402
   Telephone: (650) 401-8760
11 Facsimile: (650) 401-8761

12 Attorney for Plaintiffs

13              **UNITED STATES DISTRICT COURT FOR THE**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                      **SAN FRANCISCO DIVISION**

16 THE GENE SCHICK COMPANY,            )    No. C-06-0218-MHP
   HERBERT STUDER, NANCY STUDER,       )
17                                     )    JOINT STIPULATION
          Petitioner,                  )    FOR DISMISSAL AND
18     v.                              )    [PROPOSED] ORDER
                                       )
19                                     )
   UNITED STATES OF AMERICA,           )
20                                     )
          Respondent.                  )    Date: April 24, 2006
21 _____ )    Time: 2:00 p.m.

22
          IT IS HEREBY STIPULATED AND AGREED by the parties hereto, that the above-
23
   captioned matter, may and should be dismissed with prejudice, with each party to bear its own
24
   //
25
   //
26

27

28

1  costs and attorneys' fees.

2  **IT IS SO STIPULATED.**

3

4

5  KEVIN V. RYAN
   United States Attorney

6  Dated: *April 10, 2006*

7  /s/ Cynthia Stier
   CYNTHIA STIER
   Assistant United States Attorney
8  Tax Division

9

10 Dated: *April 10, 2006*

11 /s/ Russell Stanaland
   RUSSELL STANALAND
   Attorney for Petitioners

12

13

14 SO ORDERED:

15 DATED: April 11, 2006

16

17 [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED

Judge Marilyn H. Patel

Joint Stipulation for Dismissal and [Proposed]
Order, CV- 06-0218-MHP